UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   15-20169-CR-MARTINEZ(s)

UNITED STATES OF AMERICA

vs.

ANDREY SANCHEZ KOZLOVSKIY,

    Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On March 25, 2014, at approximately 9:45 a.m., Camillo Montalvan Cardoza, Alfredo Kindelan Hernandez, Jean Marrero Lara, Reinaldo Marrero Lara, Humberto Valdes Gonzalez, and others kidnapped "A.M.," an American citizen. The abduction occurred in the underground parking garage of a commercial building, located at 269 Tulum in Cancun, Mexico, where A.M.'s father owned and operated a travel agency. A.M.'s vehicle was followed into the parking garage by a white Chrysler minivan. After A.M. exited his vehicle, men jumped out of the van, grabbed A.M., dragged him into the minivan, bound his feet and hands together, and placed a hood of some sort over A.M.'s head. Security footage at the building captured the white minivan following A.M.'s vehicle into the garage, while a red Nissan Tida blocked the entrance to the garage to prevent anyone from entering the garage during the kidnapping. A short time later, the white minivan exited the garage and followed the red Nissan out of view of the camera. A white Nissan Tida appeared to follow the white minivan away from the garage entrance.

The kidnappers drove A.M. to a house, where they instructed A.M. to call his father, inform

Court Exhibit #1

him that A.M. had been taken, direct him to go home to wait for the ransom call, and direct A.M.'s father to not call the police. Beginning at approximately 2:40 p.m. on March 25, 2014, the father received a series of ransom calls from a cellphone with a Miami phone number. The caller demanded two million dollars for the release of A.M. A.M.'s father also received ransom calls and negotiations from a cellphone with a Mexican cellphone number. A.M.'s father negotiated the ransom down from two million dollars to approximately $70,000 in U.S. dollars and jewelry. In the late evening hours on March 26, 2014, A.M.'s father brought the ransom money and jewelry to the Pok-ta-Pok bridge, where he left it for the kidnappers. At approximately 11:00 p.m. Cancun time, A.M. was released by the kidnappers.

The Mexican State Juidicial Police for the State of Quintana Roo Anti-Kidnapping Unit (PGJE) and the Federal Bureau of Investigation conducted a joint investigation. The investigation revealed that as early as December 2013, Humberto Valdes Gonzalez travelled to Cancun from Miami International Airport. Camillo Montalvan Cardoza, Alfredo Kindelan Hernandez, and Jean Marrero Lara travelled to Cancun by crossing the Mexican border on foot at Laredo, Texas, and then travelling to Cancun via air in January and February 2014. Travel records revealed that Reinaldo Marrero Lara flew to Cancun from Fort Lauderdale International Airport in February 2014.

The investigation further revealed that the men conducted surveillance of A.M.'s father's residence in preparation for the kidnapping. A check of the security records at Residencia Campestre, the gated residential community where A.M.'s father lived, revealed that Valdes Gonzalez, Jean Marrero Lara, and Camillo Montalvan Cardoza were all either captured on security video visiting the community, or logged into the visitor's log book as entering the community.

2

One security guard also identified Jean Marrero Lara as one of the individuals in a car loitering and appearing to watch the front gate of Residencia Campestre. A check of the license plate numbers for those vehicles revealed that they had all been rented from Payless Rental Car Company in Cancun.

Further investigation with Payless revealed that Valdes Gonzalez, Kindelan Hernandez, and Montalvan Cardoza all rented multiple vehicles from Payless Rental Car, mostly from the same employee. Rental records also revealed that Montalvan Cardoza rented a red Nissan Tida and a white Nissan Tida on March 19, 2014. On that same day, Kindelan Hernandez rented a white Chrysler Town & Country minivan. On March 25, 2014, after A.M. was kidnapped, Kindelan Hernandez returned the minivan and asked for a new vehicle, complaining of mechanical issues. The Payless associate would have testified that an inspection of the vehicle revealed nothing wrong mechanically with the vehicle, however, the minivan now had tinted windows. A comparison of the minivan in the security footage of the garage during the kidnapping revealed that the minivan appeared to be identical to the one that Kindelan Hernandez rented and returned on March 25, 2014, including the tinted windows and a hologram registration sticker prominently displayed on the upper part of the windshield on the passenger side. Also on March 25, 2014, Montalvan Cardoza returned the two Nissan Tidas and asked for a different car, also complaining of mechanical difficulties. Again, there were no mechanical issues discovered, and both Tidas appeared to be the same as those captured in the security footage of the garage at the time of A.M.'s kidnapping.

The Payless employee who rented the vehicles to Valdes Gonzalez, Montalvan Cardoza, and Kindelan Hernandez would testify that he had become friendly with the three men while

3

renting them vehicles. The employee would testify that the men sometimes asked him not to enter their names in the computer, and the Payless employee also was invited to hang out with the men and show them night clubs, strip clubs, and sometimes help them obtain marijuana. The Payless employee also was asked to purchase prepaid cellphones for Montalvan Cardoza and Kindelan Hernandez. The Payless employee identified Montalvan Cardoza, Kindelan Hernandez, Valdes Gonzalez, Jean Marrero Lara, and Reinaldo Marrero Lara.

On the morning of March 27, 2014, the morning after the ransom was delivered and A.M. was released, the Payless employee was contacted by Montalvan Cardoza. The Payless employee met with Montalvan Cardoza and Kindelan Hernandez, and they asked the Payless employee to help them wire money back to the United States. The two men claimed they had sold a boat while in Cancun, but they did not want to report the money when they travelled back to the United States. The money wire services would not let foreigners with Cuban passports wire transfer money, and they required the U.S. dollars be converted into pesos. The Payless employee then spent the day converting thousands of U.S. dollars into pesos and wiring the pesos to spouses, relatives, and girlfriends of the kidnappers. The Payless employee was limited in the amount he was able to wire by the wire services, so the Payless employee enlisted the help his friend and his stepfather to also assist in wiring money to Miami. Both the Payless employee's friend and stepfather were able to identify Montalvan Cardoza and Kindelan Hernandez.

The Payless employee's testimony was corroborated by security video taken at the wire transfer businesses in Cancun, which clearly showed Montalvan Cardoza and Kindelan Hernandez standing in line with the Payless employee, his friend, and his stepfather, as well as the wire transfer services business records of the transactions, security video in Miami showing the wives,

4

relatives, and girlfriends receiving the money, and the wire service employees who identified Montalvan Cardoza and Kindelan Hernandez.

The Payless employee later returned Montalvan Cardoza and Kindelan Hernandez to the Hotel Solymar, where the men were staying. The Payless employee spent time with Reinaldo Marrero Lara on the night of March 27, 2014, and on March 28, 2014, Reinaldo Marrero Lara returned a rental car to the Payless employee and gave the Payless employee the key to the room at the Hotel Solymar. Reinaldo Marrero Lara offered to let the Payless employee use it, since the men had rented it until the end of the month. The PGJE obtained a court order to search the room, where they recovered Western Union wire transfer receipts, a folder that A.M.'s father identified as holding the ransom jewelry, envelopes that A.M.'s father identified as holding the ransom money, and a scrap of paper with A.M.'s father's name and phone number on it. Montalvan Cardoza, Kindelan Hernandez, Valdes Gonzalez, Jean Marrero Lara, and Reinaldo Marrero Lara were all identified by a Hotel Solymar employee, who stated that Jean Marrero Lara, Reinaldo Marrero Lara, Kindelan Hernandez, and Montalvan Cardoza rented the room and that all four men stayed in the room and were visited frequently by Valdes Gonzalez.

The investigation further revealed that the Miami cellphone that made the initial ransom calls on March 25, 2014, was purchased at a Radio Shack in Hialeah Gardens, Miami-Dade County, by Juan Palma. Phone records revealed that the ransom calls occurred approximately ten minutes after the phone was purchased. Phone records also revealed that a cellphone subscribed to Juan Palma had approximately twenty-two contacts with a Mexican cellphone ending in 6913 on the date of the kidnapping, March 25, 2014.

In March 2015, Humberto Valdes Gonzalez, Jean Marrero Lara, Reinaldo Marrero Lara,

5

Alfredo Kindelan Hernandez, and Juan Palma were all indicted and arrested. All five defendants pled guilty. Valdes Gonzalez, Jean Marrero Lara, Reinaldo Marrero Lara, and Alfredo Kindelan Hernandez agreed to cooperate with the government and were debriefed. The cooperating defendants stated that in early February 2014, Andrey Sanchez-Kozlovskiy and Leonel Alejandro Ramirez had travelled to Cancun, Mexico to participate in the kidnapping conspiracy. Sanchez-Kozlovskiy and Ramirez participated in the kidnapping plot by assisting in conducting surveillance of the potential target at both Residencia Campestre and the travel agency located on Tulum. Sanchez-Kozlovskiy and Ramirez stayed in Cancun for approximately two weeks before returning to Miami. Sanchez-Kozlovskiy and Ramirez stayed in touch with Jean Marrero Lara and the kidnappers by cellphone to discuss the plans and ransom demands.

The evidence would have shown that Jean Marrero Lara met with Palma and others as early as December 2013 to discuss their illegal venture in Cancun. Prior to the kidnapping in Mexico, Jean Marrero Lara purchased a Mexican prepaid phone that was assigned the phone number ending in 6913. On the day of the kidnapping, Jean Marrero Lara used the Mexican phone number ending in 6913 to call Palma and others to ask them to buy the Miami ransom cellphone. Jean Marrero Lara then asked Palma and others to make ransom calls from the Miami ransom cellphone to A.M.'s father. Palma and others made ransom calls to A.M.'s father using the Miami ransom phone. Palma was never paid any ransom money from the kidnapping.

This testimony was corroborated by the flight records, which showed that Sanchez-Kozlovskiy and Ramirez travelled together on American Airlines, Flight # 158, from Miami International Airport to Cancun Airport on February 9, 2014, and returning to Miami International Airport on February 22, 2014, on American Airlines Flight # 158. Additionally, Ramirez used

phone number (305) 773-0438, and toll records showed nine phone calls between Ramirez and the kidnappers, who were using the Mexican cellphone ending in 6913, on March 25, 2014, between 1:00 PM and 2:27 PM. During that same time, Ramirez's cellphone was in contact with Sanchez-Kozlovskiy's phone, (786) 218-6536, seven times. Ramirez's cellphone was also in contact with Palma's cellphone a total of four times between 1:00 PM and 2:27 PM on March 25, 2014.

Additionally, Sanchez-Kozlovskiy took his phone to Cancun when he travelled with Ramirez in February 2014. The phone records for Sanchez-Kozlovskiy's cellphone show that he was in contact with the Mexican cellphone ending in 6913 on February 19, 2014. Both Sanchez-Kozlovskiy's cellphone and Ramirez's cellphone were also in contact with Mexican cellphone ending in 6994, another Mexican prepaid cellphone used by the kidnapping group in Cancun, on March 21, 2014, approximately four days prior to the kidnapping. Neither Sanchez-Kozlovskiy nor Ramirez were paid any of the ransom money for their participation.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 9/18/19    By: _____
                     BRIAN DOBBINS
                     ASSISTANT UNITED STATES ATTORNEY

Date: 9/9/19     By: _____
                     ~~ANTHONY NATALE, ESQ.~~ KATIE CARMON, AFPD
                     ATTORNEY FOR DEFENDANT

Date: 9/9/19     By: _____
                     ANDREY SANCHEZ-KOZLOVSKIY
                     DEFENDANT